United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                          Case No. 17-04542-HWV
Kim Lee                                                         Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: TWilson          Page 1 of 1          Date Rcvd: Oct 10, 2018
                             Form ID: pdf010         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2018.
db              +Kim Lee,    5136 Jennifer Circle,    Mechanicsburg, PA 17050-2753
                +Sean Keefe, 5136 Jennifer Circle,    Mechanicsburg, PA 17050-2753

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Christopher M. McMonagle   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC
               cmcmonagle87@gmail.com
              Dorothy L Mott   on behalf of Debtor 1 Kim  Lee DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              James  Warmbrodt   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Kara Katherine Gendron   on behalf of Debtor 1 Kim  Lee karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Steven P. Kelly   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                               TOTAL: 7

Steven P. Kelly, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE MIDDLE DISTRICT OF PENNSYLVANIA
## (HARRISBURG)

| | |
|---|---|
| IN RE:<br><br>    KIM LEE<br>        DEBTOR | CHAPTER 13 |
| BAYVIEW LOAN SERVICING, LLC<br>        MOVANT | CASE NUMBER: 17-04542-HWV |
| V.<br><br>KIM LEE<br>        DEBTOR<br><br>SEAN KEEFE<br>        NON-FILING CO-MORTGAGOR<br><br>CHARLES J DEHART, III, TRUSTEE<br>        RESPONDENT | |

## ORDER

AND NOW, upon the motion of Bayview Loan Servicing, LLC (hereafter "Movant"), and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 (and §1301) to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"):   5136 JENNIFER CIRCLE, MECHANICSBURG, PA 17050 AKA 5245 JENNIFER CIRCLE, PA MECHANICSBURG, PA 17050.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

Dated:  October 10, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JG)