```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                           Case No. 17-04542-HWV
Kim Lee                                                          Chapter 13
         Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: CourtneyW            Page 1 of 2            Date Rcvd: Oct 24, 2019
                               Form ID: ntsempas          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2019.
```
db          +Kim Lee,    5136 Jennifer Circle,   Mechanicsburg, PA 17050-2753
cr          +Raza Khan,    c/o Martson Law Office,    10 E. High St.,   Carlisle, PA 17013-3015
5015440      Bayview Loan Servicing, LLC,    Bankruptcy Department,    P.O. Box 840,    Buffalo, NY 14240-0840
5024838     +Bayview Loan Servicing, LLC,    Stern & Eisenberg, PC,    1581 Main Street, Suite 200,
              The Shops at Valley Square,    Warrington, PA 18976-3403
4993943     +STEPHEN CONKLIN,    5136 JENNIFER CIRCLE,    MECHANICSBURG, PA 17050-2753
4992798     +Target National Bank,    1000 Nicollet Mall,    Minneapolis, MN 55403-2542
4993944     +UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
              651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
4993945     +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
              HARRISBURG, PA 17121-0751
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4993936     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 24 2019 19:20:26
              BAYVIEW LOAN SERVICING LLC,    4425 PONCE DE LEON BLVD 5TH FLOOR,    CORAL GABLES, FL 33146-1837
4992796     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 24 2019 19:20:26
              Bayview Loan Servicing, LLC,    4425 Ponce Deleon Blvd.,,    5th Floor,
              Coral Gables, FL 33146-1837
4993937     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 24 2019 19:20:18      CCB/GAMESTOP,
              PO BOX 182120,    COLUMBUS, OH 43218-2120
4993938     +E-mail/Text: dehartstaff@pamd13trustee.com Oct 24 2019 19:20:27      CHARLES J DEHART, III, ESQ.,
              8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4993939      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 24 2019 19:20:19      COMM OF PA DEPT OF REVENUE,
              BUREAU OF COMPLIANCE,    PO BOX 280946,   HARRISBURG, PA 17128-0946
4993940      E-mail/Text: mrdiscen@discover.com Oct 24 2019 19:20:16      DISCOVER BANK,   12 READS WAY,
              NEW CASTLE, DE 19720
4992797      E-mail/Text: mrdiscen@discover.com Oct 24 2019 19:20:16      Discover Bank,
              d/b/a Discover Products, Inc.,    6500 New Albany Road,    New Albany, OH 43054
4992192      E-mail/Text: mrdiscen@discover.com Oct 24 2019 19:20:16      Discover Bank,
              Discover Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025
4993941      E-mail/Text: cio.bncmail@irs.gov Oct 24 2019 19:20:17      INTERNAL REVENUE SERVICE - CIO,
              PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4992799      E-mail/Text: camanagement@mtb.com Oct 24 2019 19:20:18      M&T Bank,   P.O. Box 62182,
              Baltimore, MD 21264-2182
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4993942         SEAN M KEEFE
4992800     ##++++CENTRAL CREDIT SERVICES, LLC,    2070 LITTLE HILLS EXPY,    SAINT CHARLES MO  63301-3708
              (address filed with court:   Central Credit Services, LLC,    20 Corporate Hills,
              Saint Charles, MO 63301)
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1         User: CourtneyW        Page 2 of 2              Date Rcvd: Oct 24, 2019
                             Form ID: ntsempas      Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2019 at the address(es) listed below:

          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          Christopher M. McMonagle   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
          David William Park   on behalf of Creditor Raza  Khan dpark@martsonlaw.com, teckenroad@martsonlaw.com
          Dorothy L Mott   on behalf of Debtor 1 Kim  Lee DorieMott@aol.com, KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          James  Warmbrodt   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          Kara Katherine Gendron   on behalf of Debtor 1 Kim  Lee karagendronecf@gmail.com, doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          Steven P. Kelly   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                                                                          TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kim Lee

**Debtor 1**

**Debtor(s)**

Chapter: 13

Case number: 1:17−bk−04542−HWV

Document Number: 66

Matter: Motion to Confirm Termination or Absence of the Automatic Stay

Raza Khan
**Movant(s)**

vs.

Kim Lee
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on October 31, 2017.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date: 11/19/19** <br> **Time: 09:30 AM** |
|---|---|

Any objection/response to the above referenced matter must be filed and served on or before **November 7, 2019**.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: CourtneyWojtowicz, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 24, 2019

ntsempas(05/18)