IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| KIM LEE | : | |
| | : | CASE NO. 1:17-bk-04542 |
| | : | |
| | : | |
| Debtor | : | |
| | : | |
| | : | |

## ELECTION TO CONVERT TO CHAPTER 7

COMES NOW the Debtor, by and through attorney Kara K. Gendron, Esquire, and converts the above-captioned proceeding to Chapter 7 pursuant to Section 1307 of the United States Bankruptcy Code.

1. The debtor is no longer able to comply with the Chapter 13 plan and does not desire to modify the plan.

2. This Chapter 13 case has not been converted to Chapter 13 from another chapter of Title 11 U.S.C.

3. Under 11 U.S.C. 1307(a), the debtor is entitled to have this Chapter 13 case converted at any time, and the debtor, by this motion, requests that such case be converted to Chapter 7.

4. A copy of this motion has been served on the Chapter 13 trustee serving in this case.

WHEREFORE, under Bankruptcy Rules 1017(d) and 9013, the debtor moves this honorable court to enter an order converting this case to Chapter 7.

Respectfully submitted,

/s/ Kara K. Gendron
Kara K. Gendron, Esquire
Attorney ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
karagendron@gmail.com

/s/ Kim Lee
_____
KIM LEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
KIM LEE :
 : CASE NO. 1:17-bk-04542
 :
 :
 Debtor :
 :
 :
 :

**POST PETITION DEBT LIST**

| CREDITOR NAME & ADDRESS | AMOUNT | DATE INCURRED |
|---|---|---|
| RAZA KHAN<br>C/O DAVID W. PARK, ESQ<br>MARTSON LAW OFFICES<br>TEN EAST HIGH STREET<br>CARLISLE, PA 17013 | $15,213.59 | 11/2010 |
|  |  |  |
|  |  |  |

/s/ Kim Lee
_____

KIM LEE