Certificate Number: 13858-PAM-DE-034270823

Bankruptcy Case Number: 17-04542



13858-PAM-DE-034270823

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>March 24, 2020</u>, at <u>11:34</u> o'clock <u>AM EDT</u>, <u>Kim Lee</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>March 24, 2020</u>    By: <u>/s/Iraida Rios</u>

Name: <u>Iraida Rios</u>

Title: <u>Counselor</u>