```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 17-04542-HWV
Kim Lee                                                         Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 1      Date Rcvd: May 21, 2020
                        Form ID: fnldec        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2020.
db          #+Kim Lee,    5136 Jennifer Circle,    Mechanicsburg, PA 17050-2753

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2020                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2020 at the address(es) listed below:
       Christopher M. McMonagle    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
        cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com
       David William Park    on behalf of Creditor Raza    Khan dpark@martsonlaw.com,
        teckenroad@martsonlaw.com
       Dorothy L Mott    on behalf of Debtor 1 Kim    Lee DorieMott@aol.com,
        KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
       James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
       Kara Katherine Gendron    on behalf of Debtor 1 Kim    Lee karagendronecf@gmail.com,
        doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
       Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com,   PA39@ecfcbis.com
       Steven P. Kelly    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC skelly@sterneisenberg.com,
        bkecf@sterneisenberg.com
       United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                         TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kim Lee,                                    Chapter        7

**Debtor 1**
                                            Case No.       1:17–bk–04542–HWV

Social Security No.:
                        xxx–xx–9137

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Lawrence G. Frank (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: May 21, 2020                         By the Court,

                                            *[signature]*

                                            Honorable Henry W. Van Eck
                                            Chief Bankruptcy Judge
                                            By: CourtneyWojtowicz, Deputy Clerk

**fnldec** (05/18)